SUPREME COURT FOR THE STATE OF NEW YORK
COUNTY OF NEW YORK

|  |  |
|---|---|
| HOSSAM ABDEL MAKSOUD, | **INDEX No.:** |
| Plaintiff, | **Date Filed**: |
| -against- | Plaintiff designates New York County as the place of trial. |
| THE BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | **SUMMONS** |
| Defendants. | The basis of the venue is Defendant's residence which is located in New York County. |

**TO THE ABOVE-NAMED DEFENDANTS:**

      **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiffs' attorneys within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in the case of your failure to appear or answer, judgment will be taken against you upon default, with interest thereon, together with the costs and disbursements of this action.

Dated:  Garden City, New York
      September 12, 2018

                  SCHWARTZ LAW PC

By:      */s/Michail Z. Hack*
                Michail Z. Hack
                Evan S. Schwartz
                Maria Campese
                Attorneys for Plaintiff
                666 Old Country Road, Ninth Floor
                Garden City, New York  11530
                (516) 745-1122

TO:    The Berkshire Life Insurance Company of America
        The Guardian Life Insurance Company of America
        c/o New York State Department of Insurance
        25 Beaver Street
        New York, New York

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------
HOSSAM ABDEL MAKSOUD,

Index No.:

                                    Plaintiff,

        -against-                                    **COMPLAINT**

THE BERKSHIRE LIFE INSURANCE COMPANY OF
AMERICA and THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

                                    Defendants.
-------------------------------------------------------------------------

Plaintiff Hossam Abdel Maksoud ("Plaintiff"), by and through his attorneys, Schwartz Law, P.C., as and for his Complaint against Defendants The Berkshire Life Insurance Company of America ("Berkshire") and The Guardian Life Insurance Company of America ("Guardian")(collectively, the "Defendants") hereby sets forth the following:

### THE PARTIES

1.      At all relevant times, plaintiff Hossam Abdel Maksoud was and still is a citizen of and a resident of the State of New York.

2.      At all relevant times hereafter, Defendant Berkshire was and still is a corporation organized and existing under the laws of Massachusetts licensed to sell disability insurance policies in the State of New York with a principal place of business at 700 South Street, Pittsfield, Massachusetts.

3.      Berkshire is a wholly owned subsidiary of Guardian.

4.      At all relevant times, Defendant Guardian was and still is a corporation organized and existing under the laws of the State of New York, with a principal place of business located at 7 Hanover Square H-26-E, New York, NY 10004-2616.

5.      Guardian was and still is a company licensed by the New York Department of State to conduct business within the State of New York.

**AS AND FOR A FIRST CAUSE OF ACTION**
**(Breach of Contract)**

6.      Plaintiff repeats and reiterates the allegations contained in Paragraphs "1" through "5" above.

7.      On or about February 25, 2004, Berkshire issued to Plaintiff a disability income policy of insurance under Policy No. Z0486840 (the "Policy").

8.      The Policy provides that Plaintiff shall receive payments in the sum of $6,600.00 per month should he become disabled as defined under the terms and conditions of the Policy.

9.      Plaintiff paid all premiums due as required by the Policy.

10.      In or around March 2016, Plaintiff became residually disabled within the meaning of and pursuant to the terms of the Policy and in or around May 2016 Plaintiff became totally disabled within the meaning of the Policy.

11.      At the time Plaintiff became residually and totally disabled, the Policy was in full force and effect.

12.      Plaintiff timely filed a Notice of Claim as required pursuant to the terms of the Policy.

13.      At all relevant times, Plaintiff has fully cooperated with Defendants in connection with his claim for benefits under the Policy.

14.      By correspondence on Guardian letterhead dated July 19, 2018, Jonathan

2

Shannahan, Guardian employee, denied the Plaintiff's claim for disability benefits under the Policy.

15.     The failure of The Defendants to pay benefits to Plaintiff was and is a willful and wrongful breach of the terms and conditions of the Policy.

16.     As a result of the breach by Defendants, Plaintiff has been damaged.

17.     Due to the foregoing, Plaintiff seeks monetary damages in an amount to be determined by the trier of fact after trial, but not less than the sum of $6,600 per month for each month since March 2016 minus the elimination period of 3 months equaling $6,600 x 25 months, together with interest on each payment from the dates that each payment should have been made.


## AS AND FOR A SECOND CAUSE OF ACTION
### (For Declaratory Judgment)

18.     Plaintiff repeats and incorporates by reference Paragraphs "1" through "17" above.

19.     Plaintiff requests that he may have judgment herein declaring the rights and other legal relations of the parties hereto regarding the matters set forth herein.

20.     Specifically, Plaintiff seeks a declaratory judgment that he is disabled pursuant to the language and within the meaning of the Policy.

21.     Plaintiff seeks a declaratory judgment that The Guardian is obligated to pay continuing benefits to him pursuant to the Policy, and shall pay all benefits and arrears due and owing, plus interest.

22.     Plaintiff seeks a declaratory judgment that The Guardian's obligation to pay

3

benefits to him shall continue as long as he remains disabled.

23.     Plaintiff seeks a declaratory judgment that he may return to this Court, upon motion, to seek further declaratory relief in the event that it becomes necessary.

**WHEREFORE**, Plaintiff Hossam Abdel Maksoud demands judgment in his favor:

a.      on the First Cause of Action, in an amount to be determined by the trier of fact after trial, including all benefits in arrears to the date of the judgment, together with interest thereon, plus consequential damages;

b.      on the Second Cause of Action, declaring the rights and other legal relations of the parties hereto regarding the matters set forth herein and that the declaratory judgment shall specify the following:

i.      that Plaintiff is disabled pursuant to the language and within the meaning of the Policy;

ii.     that Defendants are obligated to pay continuing benefits to Plaintiff pursuant to the Policy, and shall pay all benefits and arrears due and owing since the denial of disability benefits, together with interest thereon from the date of the default;

iii.    that Defendants' obligation to pay benefits to Plaintiff is continuing and shall continue as long as he remains disabled;

iv.     that Plaintiff may return to this Court, upon motion, to seek further declaratory relief in the event that it becomes necessary; and

c.      awarding to Plaintiff the costs and disbursements of this action, together with such other and further relief as the Court deems just and proper.

4

Dated: Garden City, New York
     September 12, 2018

SCHWARTZ LAW, P.C.

By:       _/s/_ Michail Z. Hack
             Michail Z. Hack
             Evan S. Schwartz
             Maria Campese
             *Attorneys for Plaintiff*
             666 Old Country Road - Ninth Floor
             Garden City, New York 11530
             (516) 745-1122

5

**SUPREME COURT OF THE STATE OF NEW YORK**              INDEX NO.:
**COUNTY OF NEW YORK**

**HOSSAM ABDEL MAKSOUD,**

                            **Plaintiff,**

        **-against-**

**THE BERKSHIRE LIFE INSURANCE COMPANY OF
AMERICA and THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,**

                     **Defendants.**

---

## SUMMONS AND COMPLAINT

====

SCHWARTZ LAW PC

Attorneys for *Plaintiff*

666 OLD COUNTRY ROAD
NINTH FLOOR
GARDEN CITY, NEW YORK 11530
(516) 745-1122