UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HOSSAM ABDEL MAKSOUD,

                Plaintiff,

      - against -

THE BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA, et al.,

                Defendants.
-------------------------------------------------------------X

18 Civ. 09917 (ALC) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court will hold a discovery and status conference to address the issues raised in Defendant's letter dated August 27, 2020 (Dkt. 29). The parties shall cooperate with the Court's Deputy Clerk to schedule the conference. By **September 4, 2020**, Plaintiff shall file a letter responding to Defendant's August 27, 2020 letter.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated:  September 1, 2020
           New York, New York

Copies transmitted to all counsel of record.