```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HOSSAM ABDEL MAKSOUD,

                Plaintiff,

       - against -

THE BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA,

                Defendant.
-------------------------------------------------------------X

18 Civ. 9917 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the discovery and status conference held before the Court on September 17, 2020:

1. By **September 22, 2020**, Defendant shall narrow its Second and Third Requests for Production of Documents to no more than 25 requests and serve those requests on Plaintiff.

2. **Within five days after** Defendant serves those revised requests, the parties shall meet and confer to raise and resolve between themselves any disputes regarding those requests.

3. After the parties have met and conferred, and Plaintiff has produced additional documents (either because the parties came to agreement on the revised requests or because the Court resolved any dispute), Defendant shall proceed to take the deposition of Plaintiff, with reservation of the right for continued deposition of Plaintiff should Defendant learn of more information either through deposition of Plaintiff or through responses to third-party subpoenas that merits continuation of the deposition.

4. After the initial deposition session of Plaintiff, Defendant may request additional documents of Plaintiff should there be a basis to do so and provided the requests are proportionally tailored; production of the additional documents shall be made prior to the continued deposition of Plaintiff, if any, and after resolution of any objections to the requests.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 17, 2020
        New York, New York

Copies transmitted to all counsel of record.