USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HOSSAM ABDEL MAKSOUD,

                      Plaintiff),

        - against -

THE BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA,

                    Defendant.
------------------------------------------------------------X

18-CV-9917 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Discovery in this case closed on June 25, 2021.  (See Dkt. 41.)  Considerable time has passed without filing of a pretrial order or request to file a dispositive motion.  Accordingly, no later than **November 9, 2021**, the parties shall jointly file a letter regarding status.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: November 2, 2021
       New York, New York

Copies transmitted this date to all counsel of record.