```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/10/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HOSSAM ABDEL MAKSOUD,

                        **Plaintiff,**

-against-

THE BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

                        **Defendants.**

**1:18-cv-9917 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Defendants' request to move for summary judgment. Defendants' request is hereby **GRANTED**. Parties are hereby **ORDERED** to adhere to the following schedule:

| | |
|---|---|
| Motion for Summary Judgment | **December 17, 2021** |
| Opposition to Motion | **January 14, 2022** |
| Reply | **January 28, 2022** |

**SO ORDERED.**

Dated: November 10, 2021
       New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**