**SCHWARTZ, CONROY & HACK, PC**
*Making Insurance Companies Keep Their Promises*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/28/2022

Michail Z. Hack, Partner / MZH@schlawpc.com

January 28, 2022

**Via ECF**

Hon. Judge Andrew L. Carter, Jr
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 1306
New York, NY  10007

**MEMO ENDORSED**

RE:    **Maksoud v. The Berkshire Life Insurance Company of America**
       **Docket No.:  1:18-cv-09917 (ALC)(RWL)**

You Honor:

Due to a computer user error, this office unintentionally filed a Notice of Settlement in the above referenced case on January 27, 2022. [Docket. No.: 50].  We respectfully request Your Honor strike and/or remove the entry from the Court's docket as this action has not settled.

Opposing Counsel, Louis Di Giamo, was immediately notified of this error and was advised that we would take immediate steps to correct same.

We apologize for our error and have taken corrective action to prevent a similar mistake.

Respectfully submitted,

SCHWARTZ, CONROY & HACK PC

By:    ___/s/Michail Z. Hack___
       Michail Z. Hack

MZH/aja
cc:  all counsel via ECF

The Clerk of the Court is respectfully directed to strike ECF No. 50 from the docket but retain the summary docket text for the record.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: 1/28/2022

www.schlawpc.com
666 Old Country Rd., Suite 900, Garden City, New York 11530
Tel: 1.800.745.1755 | Fax: 516.745.0844