USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/3/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOSSAM ABDEL MAKSOUD,<br><br>                Plaintiff,<br><br>   v.<br><br>THE BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA<br><br>                Defendants. | Case No. 1:18-cv-9917 (ALC)(RWL)<br><br>**ORDER** |

The undersigned attorneys for Plaintiff, Hossam Abdul Maksoud, and attorneys for Defendants, The Berkshire Life Insurance Company of America and The Guardian Life Insurance Company of America, hereby agree that all claims against both Defendants shall be dismissed with prejudice and without costs, and with each party bearing their own attorneys fees.

| | |
|---|---|
| **McElroy, Deutsch, Mulvaney &**<br>  **Carpenter, LLP**<br>Attorneys for Defendants, The Berkshire Life Insurance Company of America and The Guardian Life Insurance Company of America | **Schwartz, Conroy & Hack P.C.**<br>Attorneys for Plaintiff,<br>Hossam Abdul Maksoud |
| By:__*s/Louis P. DiGiaimo*<br>     Louis P. DiGiaimo | By:__*s/Michail Z. Hack* _____<br>     Michail Z. Hack, Esq. |
| Dated: September 16, 2024 | Dated: September 16, 2024 |

So ordered: _____
                                    Andrew L. Carter, U.S.D.J.
                                    Dated: October 3, 2024